SOL SCHILDKRAUT, Appellant, *v.* ALMA D. LIGHT et al., Respondents, et al., Defendants.

Submitted April 10, 1947; decided May 15, 1947.

*Henry Vollmer, Jr.,* and *John C. Osborne* for appellant.
*Edward O'Gorman* and *Harry M. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.